UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

TIEN NGUYEN,

    Defendant.

3:07-cr-024-LRH-RAM

ORDER

It having been brought to the Court's attention that the Restitution Obligation ordered by the court when sentence was imposed in this matter on August 26, 2009, is in need of modification, and good cause appearing,

IT IS HEREBY ORDERED that the terms and conditions of the Restitution Obligation are modified as follows:

9. <u>Restitution Obligation</u>: the defendant shall make restitution in the amount of SIX HUNDRED SIXTY-FIVE THOUSAND ONE HUNDRED SIXTY-THREE AND 74/100ths DOLLARS ($665,163.74), pursuant to a payment schedule to be determined by the Probation Office.  Said restitution shall be paid to the Clerk of the Court. The Clerk of the Court will be responsible for disbursing the restitution funds pursuant to the recommendation and concurrence of the Probation Office.

1    IT IS FURTHER ORDERED that the Court Clerk shall amend the judgment entered in this matter (doc. #110) to reflect this modification.

IT IS SO ORDERED.

DATED this 19th day of April, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE